# LAW OFFICES OF SAUL ROFFE, ESQ.
52 HOMESTEAD CIRCLE
MARLBORO, NEW JERSEY 07746
(732) 616-1304

Licensed in New York and New Jersey

saulroffe@roffelaw.com

March 1, 2018

Hon. Judge Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: EMA Financial LLC v. First Harvest Corp. et. al. 17 cv. 8072 (ER)**

Dear Judge Ramos,

I am writing to request a two-week extension for Defendants in the above-referenced action to respond to Plaintiff's motion for summary judgment to March 12, 2018 as the parties are currently in negotiation. I have spoken to opposing counsel and they have agreed to the extension.

Thank you.

Respectfully,

Saul Roffe